IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Norwood, Janice | Case Number: 07 B 16369 |
| | Judge: Wedoff, Eugene R |
| Printed: 6/10/08 | Filed: 9/7/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 24, 2008
Confirmed: November 29, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 550.00 | |
| Secured: | | 100.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 420.30 |
| Trustee Fee: | | 29.70 |
| Other Funds: | | 0.00 |
| Totals: | 550.00 | 550.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Thomas W Drexler | Administrative | 2,774.00 | 420.30 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Great American Finance Company | Secured | 1,456.27 | 100.00 |
| 4. | Countrywide Home Loans Inc. | Secured | 5,375.30 | 0.00 |
| 5. | Illinois Dept of Revenue | Priority | 88.82 | 0.00 |
| 6. | Illinois Dept of Revenue | Priority | 352.00 | 0.00 |
| 7. | NCO Financial Systems | Unsecured | 50.54 | 0.00 |
| 8. | B-Real LLC | Unsecured | 49.52 | 0.00 |
| 9. | Portfolio Recovery Associates | Unsecured | 203.28 | 0.00 |
| 10. | Commonwealth Edison | Unsecured | 37.04 | 0.00 |
| 11. | Cash Call | Unsecured | 257.23 | 0.00 |
| 12. | RoundUp Funding LLC | Unsecured | 43.50 | 0.00 |
| 13. | Illinois Dept of Revenue | Unsecured | 3.00 | 0.00 |
| 14. | AmeriCash Loans, LLC | Unsecured | 122.71 | 0.00 |
| 15. | Nicor Gas | Unsecured | 22.69 | 0.00 |
| 16. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 17. | Churchill Resolution | Unsecured | | No Claim Filed |
| 18. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 19. | Ida Norwood | Unsecured | | No Claim Filed |
| 20. | First Bank & Trust | Unsecured | | No Claim Filed |
| 21. | Cook County Dept Of Animal Control | Unsecured | | No Claim Filed |
| 22. | Arrowhead Investments | Unsecured | | No Claim Filed |
| 23. | Rent A Center | Unsecured | | No Claim Filed |
| 24. | Village of Hazel Crest | Unsecured | | No Claim Filed |
| 25. | First Cash Advance | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Norwood, Janice

Printed: 6/10/08

Case Number: 07 B 16369
Judge: Wedoff, Eugene R
Filed: 9/7/07

```
                                              _____        _____
                                              $ 10,835.90       $ 520.30
```

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 29.70 |
|  | _____ |
|  | $ 29.70 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_[signature]_